UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-61640-CIV-HUCK

LOUIS VUITTON MALLETIER, S.A.,
a foreign business entity,

    Plaintiff,

v.

KEY LIN and DOES 1-10,

    Defendants.

_____/

**CLOSED CIVIL CASE**

## FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

THIS MATTER having come before the Court upon motion by Plaintiff Louis Vuitton Malletier, S.A. ("Louis Vuitton") ("Plaintiff") for entry of a final default judgment of its claims against Defendant Key Lin ("Defendant") pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure; and the Court having considered the moving papers and there being no opposition thereto;

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Final Default Judgment is GRANTED, and judgment is hereby entered in favor of Plaintiff Louis Vuitton Malletier, S.A., a foreign business entity, with its principal place of business in France located at 2 rue du Pont-Neuf, Paris, France 75001, and against Defendant Key Lin on all Counts of the Complaint as follows:

(1)     Permanent Injunctive Relief:

Defendant and his respective officers, agents, servants, employees, and attorneys, and all persons acting in concert and participation with them are hereby permanently restrained and enjoined from:

(a) manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using the Louis Vuitton Marks identified in paragraph 10 of the Complaint;

(b) using the Louis Vuitton Marks in connection with the sale of any unauthorized goods;

(c) using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendant offered for sale or sold via the domain names identified on Schedule "1" hereto (the "Subject Domain Names") and/or any other website or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

(d) falsely representing himself as being connected with Plaintiff, through sponsorship or association;

(e) engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendant offered for sale or sold via the Subject Domain Names and/or any other website or business are in any way endorsed by, approved by, and/or associated with Plaintiff;

(f) using any reproduction, counterfeit, copy, or colorable imitation of the Louis Vuitton Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendant via the Subject Domain Names and/or any other website or business, including, without limitation, handbags and/or wallets;

(g) affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendant via the Subject Domain Names and/or any other website or business, as being those of Plaintiff or in any way endorsed by Plaintiff;

(h) otherwise unfairly competing with Plaintiff; and

(i) effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2) Additional Equitable Relief:

(a) In order to give practical effect to the Permanent Injunction, the Subject Domain Names are hereby ordered to be immediately transferred by

2

Defendant, his assignees and/or successors in interest or title, and the Registrars to Plaintiff's control. To the extent the current Registrars do not facilitate the transfer of the domain names to Plaintiff's control within ten (10) [BUSINESS] days of receipt of this judgment, the United States based Registry shall, within thirty (30) days, transfer the Subject Domain Names to a United States based Registrar of Plaintiff's choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiff; and

(b) Upon Plaintiff's request, the top level domain (TLD) Registry for each of the Subject Domain Names, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registry which link the Subject Domain Names to the IP addresses where the associated websites are hosted.

(3) Costs of Suit: award Plaintiff $700.00 pursuant to 15 U.S.C. § 1117(a).

(4) The bond posted by Plaintiff in the amount of $1,000.00 is ordered to be released by the Clerk.

DONE AND ORDERED in Miami, Florida this 29 day of Nov. [P.], 2010.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

## SCHEDULE "1"
## SUBJECT DOMAIN NAMES

1. bagslouisvuitton.net
2. balenciagataschen.com
3. borselouisvuitton.org
4. bottegavenetataschen.com
5. cartiertaschen.com
6. casquettelouisvuitton.com
7. ceinturelouisvuitton.com
8. chloetaschen.com
9. christiandiortaschen.com
10. dolcegabbanataschen.com
11. fenditasche.com
12. guccitasker.com
13. guccivaskor.com
14. jimmychootaschen.com
15. loewetaschen.com
16. louisvuittonamsterdam.com
17. louisvuittonamsterdam.net
18. louisvuittonat.com
19. louisvuittonaustralia.com
20. louisvuittonbasel.com
21. louisvuittonbillig.com
22. louisvuittonbolsos.com
23. louisvuittonch.com
24. louisvuittonchaussures.com
25. louisvuittonde.com
26. louisvuittondeutschland.com
27. louisvuittondeutschland.net
28. louisvuittonebay.com
29. louisvuittonebay.net
30. louisvuittonfaelschung.com
31. louisvuittonfr.net
32. louisvuittonfrance.com
33. louisvuittongermany.com
34. louisvuittonguenstig.com
35. louisvuitton-handtasche.com
36. louisvuittonhandtaschen.com
37. louisvuittonhandtaschen.net
38. louisvuitton-handtaschen.net
39. louisvuittonhelsinki.com
40. louisvuittonhelsinki.net
41. louisvuittonkoebenhavn.com
42. louisvuittonlaukkujenhinnat.com
43. louisvuittonmaroquinerie.com
44. louisvuittonnederland.com
45. louisvuittonnederland.net
46. louisvuittonnorge.com
47. louisvuittononline.net
48. louisvuittononlineshop.net
49. louisvuittonoslo.com
50. louisvuittonoslo.net
51. louisvuittonoutletschweiz.com
52. louisvuittonparis.net
53. louisvuittonpascher.com
54. louisvuittonplanbok.com
55. louisvuittonportemonnee.com
56. louisvuittonpung.com
57. louisvuittonrecrutement.com
58. louisvuittonrecrutement.net
59. louisvuitton-sac.com
60. louisvuittonsac.net
61. louisvuittonsacs.com
62. louisvuittonschal.com
63. louisvuittonschoenen.com
64. louisvuittonschuhe.com
65. louisvuittonschweiz.com
66. louisvuittonschweiz.net
67. louisvuittonsiteofficiel.com
68. louisvuittonsoldes.com
69. louisvuittonsoldes.info
70. louisvuittonspeedy.net
71. louisvuittonstockholm.com
72. louisvuittonstockholm.net
73. louisvuittontasche.com
74. louisvuittontasche.net
75. louisvuitton-taschen.com
76. louis-vuitton-taschen.com
77. louisvuittontaschenoutlet.com
78. louisvuittontaschenpreise.com
79. louisvuittontaske.com
80. louisvuittontasker.com
81. louisvuittontassen.com
82. louisvuittonvaska.com
83. louisvuittonvaskor.com
84. louisvuittonvesker.com
85. louisvuittonwien.com
86. louisvuittonzuerich.com

87. lvtasche.com
88. lvtasker.com
89. lvvaskor.com
90. lvvesker.net
91. marcjacobsaustralia.com
92. marcjacobstaschen.com
93. miumiutaschen.net
94. mulberrytaschen.com
95. onlineshoplouisvuitton.com
96. sacamainlouisvuitton.com
97. sacbalenciaga.com
98. sacbottegaveneta.com
99. saccartier.com
100. sacdolcegabbana.com
101. sachermes.com
102. sacjimmychoo.com
103. sacloewe.com
104. saclouisvuittonpascher.com
105. saclouisvuittonpascher.net
106. saclouisvuittonprix.com
107. sacmarcjacobs.com
108. sacmiumiu.com
109. sacmulberry.com
110. sacochelouisvuitton.net
111. sacsfendi.com
112. sacslouisvuitton.com
113. sacslouisvuitton.net
114. sacslouisvuitton.org
115. sacsprada.net
116. sacthomaswylde.com
117. sacvalentino.com
118. sacversace.com
119. sacvuitton.com
120. sacysl.net
121. showhandbags.com
122. sitelouisvuitton.com
123. tassenlouisvuitton.com
124. thomaswyldetaschen.com
125. valentinotaschen.com
126. versacetaschen.com
127. vuittonchaussures.com
128. vuittonmaroquinerie.com
129. vuittonoccasion.com
130. vuittonparis.net
131. vuittonpascher.com
132. vuittonrecrutement.com
133. vuittonsac.com
134. vuittonsoldes.com
135. vuittonsoldes.net
136. vuittontaschen.com
137. ysltaschen.com
138. louisvuittonhandtasche.com
139. louisvuittonhandtaschen.org
140. louisvuittonhandtaschenoutlet.com
141. louisvuittonpascher.net
142. louisvuittonpascher.org
143. sacamain-pascher.com
144. shoplouisvuitton.net
145. shoplouisvuitton.org
146. taschenlouisvuitton.com
147. bagaustralia.com
148. bagsnederland.com
149. bagsnorge.com
150. bagsstockholm.com
151. bolsosespana.com
152. bolsoslouisvuitton.com
153. bolsosprecios.com
154. borsalouisvuitton.net
155. borsalouisvuitton.org
156. borseburberry.com
157. borseburberry.net
158. borseitalia.com
159. borseitalia.net
160. borse-louisvuitton.net
161. breitingreplicawatches.com
162. chanelaustralia.com
163. chanelaustralia.net
164. chanelreplicahandbags.net
165. chanelreplicawatches.net
166. chaussureslouisvuitton.com
167. cheaplouisvuittonshoes.com
168. cheapreplicahandbags.net
169. coachreplicahandbags.net
170. designerhandbagsgucci.com
171. designerhandbagsknockoffs.com
172. designerhandbagsreplicas.com
173. designershoesdiscount.org
174. ereplicabags-com.com
175. espanabolsos.com
176. guccireplicahandbags.net
177. helsinkibags.com
178. laukutnetista.com

179. laukutnetista.org
180. louisvuittonantwerpen.com
181. louisvuittonbagsaustralia.com
182. louisvuittonbagsireland.com
183. louisvuittonbillig.net
184. louisvuittonbolsos.net
185. louisvuittonborse.org
186. louisvuittonbruxelles.com
187. louisvuittonchaussures.net
188. louis-vuitton-ebay.com
189. louisvuittonfrance.net
190. louisvuittongermany.net
191. louisvuittongreece.com
192. louisvuittonhelsinki.org
193. louisvuittonitalia.com
194. louisvuittonitalia.net
195. louisvuittonmaroquinerie.net
196. louisvuittonmilano.com
197. louisvuittonmilano.net
198. louisvuitton-nederland.com
199. louisvuittonnorge.net
200. louisvuittonoutletdeutschland.com
201. louisvuittonpascher.org
202. louisvuittonrecrutement.org
203. louisvuittonreplicataschen.com
204. louisvuittonreplicataschen.net
205. louisvuittonsacs.net
206. louisvuittonschoenen.net
207. louisvuittonschoenen.org
208. louisvuittonschuh.com
209. louisvuittonschuhe.net
210. louisvuittonschuhe.org
211. louisvuittonschweiz.org
212. louisvuittonshoesaustralia.com
213. louisvuittonsoldes.net
214. louisvuittonstockholm.org
215. louisvuittonsuisse.com
216. louis-vuittontaschen.net
217. louisvuittontaschenonlineshop.com
218. louisvuittontasker.net
219. louisvuittontrainers.com
220. louisvuittontrainers.net
221. louisvuittonzuerich.net
222. luxetassen.net
223. marcjacobsaustralia.net
224. marcjacobshandbagsaustralia.com
225. maroquineriemaroquinerie.com
226. omegakellot.com
227. omegaklokker.com
228. omegaorologi.net
229. omegaorologi.org
230. omegareplicawatches.net
231. onlineshoplouisvuitton.net
232. orologireplicas.com
233. outletlouisvuitton.net
234. paschersac.com
235. pradaaustralia.com
236. relojesreplicas.org
237. replicabags1.net
238. replicabagscheap.com
239. replicabagschina.com
240. replicabagsfromchina.com
241. replicabagsgucci.com
242. replicabagsreviews.com
243. replicabagswholesale.net
244. replicacoachpurses.net
245. replicahandbagsaustralia.com
246. replicahandbagsaustralia.net
247. replicahandbagscanada.com
248. replicahandbagscanada.net
249. replicahorlogesnederland.com
250. replicahorlogesnederland.net
251. replicahorlogesnederland.org
252. replicaorologi.net
253. replicapursesandhandbags.com
254. replicapursescheap.com
255. replicapursescoach.com
256. replicapursesforsale.com
257. replicapursesfromchina.com
258. replicapursessuppliers.com
259. replicasdereloje.com
260. replicasderelojes.info
261. replicawatchesaustralia.com
262. replicawatchescanada.net
263. replicawatcheschina.net
264. replicawatchesforum.com
265. replicawatchesnederland.com
266. replicawatchespaypal.com
267. replicawatchesreview.net
268. replicawatchesswissmovement.com
269. replicawatchestag.com
270. replicawatcheswholesale.net

271. rolexdaytonuhren.com
272. rolexprezzi.com
273. sacamainfrance.com
274. sacamainlouisvuitton.net
275. sacebay.com
276. saclouisvuittonbruxelles.com
277. saclouisvuittonpascher.org
278. saclouisvuittonpaschere.com
279. saclouisvuittonsuisse.com
280. sacprix.com
281. sacrecrutement.com
282. sacsoldes.com
283. sacspascher.com
284. sacssac.com
285. sacssoldes.com
286. scarpelouisvuitton.com
287. taschenbillig.com
288. taschengermany.com
289. taschenschweiz.com
290. taschentaschen.com
291. taskerkobenhavn.com
292. tassenonlineshop.com
293. tassenonlineshop.net
294. tassenonlineshop.org
295. tassenonlineshoppen.com
296. vaskoronline.com
297. vaskoronline.net
298. vaskoronline.org
299. vuittonborse.com
300. vuittonborse.net
301. vuittonpascher.net
302. vuittonpascher.org
303. vuittonsoldes.org
304. zapatoslouisvuitton.com