UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-61640-CIV-HUCK/O'SULLIVAN

LOUIS VUITTON MALLETIER, S.A.,
a foreign business entity

       Plaintiff,

vs.

KEY LIN and DOES 1–10
    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE

This matter is before the Court on Magistrate Judge John J. O'Sullivan's Report and Recommendation [D.E. #58] regarding Plaintiff's Motion for Order to Show Cause Why Defendant Key Lin Should Not Be Held in Civil Contempt and Sanctioned [D.E. #42]. Judge O'Sullivan recommends that the Court grant Plaintiff's motion. The Court has independently reviewed the Report and Recommendation, Motion, and record. After that review, and having received no objections to Judge O'Sullivan's Report and Recommendation, the Court concludes that the Report and Recommendation is affirmed and hereby adopted as the Court's order. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Order to Show Cause Why the Defendant Lin Should Not be Held in Civil Contempt and Sanctioned is GRANTED. The Court will enter the proposed Contempt Order under separate title.

DONE and ORDERED in Chambers, Miami, Florida, April 25, 2011.

                                                  Paul C. Huck
                                                  United States District Judge

<u>Copies furnished to:</u>
Magistrate Judge John O'Sullivan
All Counsel of Record